UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61134-CIV-SINGHAL

RUDOLPH BETANCOURT,

    Plaintiff,

vs.

DANIEL TRAVEL CENTERS, INC.
and CAFE 27 BAR & GRILL, INC.,

    Defendants.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the Joint Notice of Settlement between Plaintiff and Defendant Café 27 Bar & Grill, Inc (DE [20]), filed on October 17, 2024. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the above-styled action is administratively **CLOSED** without prejudice to the parties to file a motion to approve settlement. The Court retains jurisdiction to approve or reject the settlement agreement. The Clerk of Court shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**. All deadlines and hearings are **CANCELLED.**

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 18th day of October 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF