UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61134-CIV-SINGHAL

RUDOLPH BETANCOURT,

    Plaintiff,

v.

DANIEL TRAVEL CENTERS, INC. AND CAFE
27 BAR & GRILL, INC.,

    Defendant.

_____/

### ORDER OF DISMISSAL

**THIS CAUSE** came before the Court on the Joint Stipulation of Dismissal (DE [22]). The Court having reviewed the Joint Stipulation and the docket, it is hereby:

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE** as to Defendant Daniel Travel Centers, Inc. Each Party will bear its own attorneys fees and costs.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 6th day of November 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF